[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-13119
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00229-ODE-JSA-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER MUNOZ RUIZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(February 19, 2016)

Before ED CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Esther Panitch, appointed counsel for Javier Munoz-Ruiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Munoz-Ruiz's conviction and sentence are **AFFIRMED.**